ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                PAGE 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**FILED**

Samuel Ingram
Plaintiff

SEP 2 2 2009
DAVID CREWS, CLERK
By_____ Deputy

v.
Lee County Circuit Court
Lee County Adult Jail
Lee County Sheriff Dept
Defendant

CASE NO. 1:09CV241-BD

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Samuel Ingram

   B. Name under which sentenced:

   C. Inmate identification number: 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

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): Tupelo Lee County Adult Jail 510 North Commerce St

   E. Place of confinement: Tupelo MS, 38804

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Jim H. Johson

   Title (Superintendent, Sheriff, etc.): Lee County Sheriff

   Defendant's mailing address (street or post office box number, city, state, ZIP): 510 North Commerce St Tupelo MS, 38804

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 2

Name: Joyce R. Loftin

Title (Superintendent, Sheriff, etc.): Circuit Clerk

Defendant's mailing address (street or post office. box number, city, state, ZIP): P.O Box 762 Jefferson st Tupelo MS, 38804

Name: District Atorney

Title (Superintendent, Sheriff, etc.): John R. Young

Defendant's mailing address (street or post office box number, city, state, ZIP): P.O Box 7237 Tupelo MS, 38804

Name: Tony Carleton

Title (Superintendent, Sheriff, etc.): Lee County adult Jail Comissioner

Defendant's mailing address (street or post office box number, city, state, ZIP): 510 North Commerce St Tupelo MS, 38804

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

       Plaintiff(s): _____

       Defendant(s): _____

    B. Court: _____    C. Docket No.: _____

    D. Judge's Name: _____    E. Date suit filed: _____

    F. Date decided: _____    G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes ☐ No

6. If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below). ☑ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☐ Yes ☑ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☐ Yes ☑ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

Lee County Sheriff Department On 10-2-08 I Samuel Ingram was arrested and charged with grand Larceny. The value of alleged property Taken was valued at $250.00 this property wasn't found at my place of residence nor was it found in my possession nor was There any witness that stated that they witnessed Me at the Scene of the crime Nor was I mention as a suspect or description of me in the official police report. the Investigator assigned to this case waited 72 hour's before Investigating the alleged Theft

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

Case then came and informed me that I had been identified from a line up which I know was Influenced by my past background with lee County. since this time I have been incarcerted for the past 11 month's without an Indictment or any other motion brought against me. I wrote Circuit clerk Joyce R. Loftin as well as District Attorney John R. Young requesting a speedy Trial which is a right guranteed Me in the Constitution but I was denied This "right" by both parties. therefore I'm writing you to regest that my right to a speedy Trial be guranteed

**Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

   by the Constitution.

9. Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

   Jim H. Johson Lee county Sheriff Dept Arrested plamtiff 10-2-08 510 N Commerce St tupelo MS. 38804
   Joyce R. Loftin Lee county Circuit court denide fast and speedy trial P.O. Box 762 Jefferson st Tupelo MS, 38804
   John R. young District Atorney denide fast and speedy trial P.O. Box 7237 Tupelo MS, 38804
   Tony Carleton Commissioner of correction Lee County adolt Jail 510 North Commerce St Tupelo MS, 38804 pain a/suffering, monatury Damage's

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 5

10. State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

relieveing the stress I'm under due to false allegation's this in turn will allow me to return into society and continue to be a productive member. I sincerely and humbly pray that court grant with expedience to make a dilligent and good faith effort, and monatary Damage's

This Complaint was executed at (location): _____

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 8/24/09

Samuel Ingram
Plaintiff's Signature

Additional pages Contender Tony Carleton

LEE County Adult Jail Monetary Damage's
On 8/16/09, I was in my cell when the door opened, for some reason pod Tower opened it so I went to the innercom and tried to find out what was happening I press the button trying to speak to the tower but did not get any response, I was not aware that a lock down inmate a Casey Smith was hideing behind the shower wall, before I could return to my cell this inmate rushed at me and punched me in the jaw the officer Goree did not try and stop this inmate, I was being physically attacked for what seemed about may be five minutes until the other officer came and stopped it afterward officer Goree came back to F-pod and was laughing with the inmates in cell #7 about the incident. after the brutally attack it cuase me to suffer from sever headaches as well as constant blurred vision so I filled a medical form to the nurse Ms Dorthy stating on the night of Tuesday 8/18/09 I was brutally attacked by another inmate at which time I was struck in the head as well as the temple area Numerous Times. since this happed Ive been having very sever headaches as well as constant blurred vision but it wasn't took into consideration intil Saturday night when the officer came around with the medication cart to pass out daily med's when they open my cell door I was lieing on the floor in pain unable to move so the paramedic's were called when they arrived I told them about the condition's I was took to Lee County North mississippi hospital to be examine

there were know fraction's found Just Sevor pain and constant blorred vision reports are at the Hospital and lee county adult Jail. Charges were brought against Casey smith In lee County Justice court by the honorable Judge Ricky thomas for simple Asualt. reports are at the Leecounty adult Jail and Lee county Justice court.

Tony Carleton Comissioner
Lee County adult Jail
510 North Commerce st
Tupelo MS, 38804

IN THE CIRCUIT COURT. LEE CO. MISSISSIPPI

State of Mississippi
   Plaintiff
        VS
Samuel Ingram
   Defendant

Petition For a Fast and Speedy Trial

Comes now the defendant Samuel Ingram acting as prose to request of this honorable court to consider and grant said petition that would be favorable to both the court and to the defendant. without even waiving Jurisdiction to this honorable court at any time and only appearing in said court to defend my liberty. In hopes of proceeding from this situation so I may be able to return to my resposibility in life hereby humble petition said court for a fast and speedy trail. and that I show and cite the following to show to wit Diressionnie v. state 787 So 2d 289 (MS. 2001) in that I wou'd like to show a willingness to waive extraection for a speedy trial that is guaranteed to myself by sixth constitution Amendment 6. @ Smith v. Hooey 393 U.S. 374, 383, 384

5 Smith v. [illegible]

1) Criminal key law # 577.8 (2)
the "Constitutional speedy trail clock
begins to run from the date of arrest"
U.S.C.A Const. Amend. 6

2) Criminal key law # 577.5 (1)
A delay of eight months or longer is
presumptively prejudicial for speedy trial
purposes. USCA Const Amend 6

3) Criminal key law # 1118
deifendant claiming that he was denied due
process for not being brought to trial
within 270 days of [illegible]

Statutory Speedy trial violations are measured
from the date of arraignment. Miss. Code Ann
§ 99-17-1 (Rev 2006)

pg 2 of 3

Supreme ct. 575. 21 LED 2d 607, (1969) that once a defendant demands a speedy trial another jurisdiction that state has a constitutional duty to make a diligent and good faith effort to bring prisoner for trial. B Jones v. State. 250 MS 186, 164, So 2d 799

I sincerely and humbly pay that my petition will be filed and granted with expedience and without prejudice to both benefit the public and defendant

A copy of this petition was sent also to the clerk and District Attorney for proper filing

          Respect fully
          Samuel Ingram
          Tupelo MS. 38804

Sworn and Subscribed this the July 24, 2009 day for _____, 2009 given under my hand and Seal

Veronica Nabors
Notary Public — Lee County
ID No. 77127
Commission Expires 3/27/2013

